UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE RACKLIFF,

                Plaintiff,

v.

UW MEDICINE, *et al.*,

                Defendants.

Case No. C19-353 RSL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. # 1. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 19th day of March, 2019.

*/s/ M.J. Peterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1