UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE RACKLIFF,

    Plaintiff,

v.

UW MEDICINE, et al.,

    Defendants.

Case No. C19-353RSL

ORDER TO SHOW CAUSE

On March 19, 2019, the Honorable Michelle L. Peterson, United States Magistrate Judge, issued an Order Granting Application to Proceed in Forma Pauperis in the above-captioned matter, Dkt. # 3. The Order was mailed to plaintiff, but was returned unopened on May 20, 2019, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. # 6. On March 19, 2019, the Clerk also mailed blank summons forms to plaintiff. Those forms were returned unopened on May 24, 2019, Dkt. # 8. On May 10, 2019, the plaintiff filed a Motion to Appoint Counsel and included an updated address on the motion, Dkt. # 5. On May 10, 2019, the Clerk of Court updated plaintiff's address on the docket. On May 23, 2019 this Court issued an Order Denying Plaintiff's Motion to Appoint Counsel, Dkt. # 7. That Order was returned unopened on May 30, 2019, Dkt. # 9.

ORDER TO SHOW CAUSE - 1

The Clerk of Court is directed to send a copy of this order to the plaintiff at the following addresses:

10008 28th Ave. SW
Seattle, WA 98133

4821 S Mead Street
Seattle, WA 98136

The Clerk of Court is further directed to note a "Rule 41 dismissal proceeding" on the calendar for January 3, 2020. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 30th day of October, 2019.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2