UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE RACKLIFF,

                Plaintiff,

       v.

UW MEDICINE, *et al.*,

                Defendants.

NO. C19-0353RSL

ORDER OF DISMISSAL

On October 30, 2019, the Court issued an Order to Show cause why the above-captioned matter should not be dismissed for failure to prosecute. The Order was sent to both of the addresses plaintiff has used during this litigation but it, like a number of documents before it, was returned as undeliverable. In light of plaintiff's failure to keep the Court apprized of his current address, this matter is hereby DISMISSED without prejudice.

Dated this 6th day of January, 2020.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1